**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01365-CV

**UNITED MEDICAL SUPPLY COMPANY, INC., Appellant**

**V.**

**ANSELL HEALTHCARE PRODUCTS, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-02-0433-C**

## ORDER

The Court has before it the request of Antionette Reagor, official court reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. The Court **GRANTS** the request and **ORDERS** Ms. Reagor to file the reporter's record by January 14, 2013.

/s/    ELIZABETH LANG-MIERS
JUSTICE